O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BENJAMIN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>F.B. HAWS, Warden, et al.,<br><br>                    Defendants. | Case No. CV 09-2046-VBF (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants Lanok and Johnson are dismissed from this action without prejudice; defendant Haws' Motion to Dismiss is granted with leave to amend; defendant Tilton's Motion to Dismiss is granted without leave to amend.

///

///

1  Petitioner shall file and serve proof of service as to defendants Lanok and Johnson
2 by January 10, 2011.  The court sets an OSC re Service for that date. As to defendant
3 Haws, the Amended Complaint should be filed and served by January 10, 2011.

5 DATED: December 1, 2010

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2