UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BENJAMIN,<br><br>        Plaintiff,<br><br>vs.<br><br>F.B. HAWS, Warden, et al.,<br><br>        Defendants. | Case No. CV 09-2046-VBF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that defendants Lanok and Johnson are dismissed from this action without prejudice; defendant Haws' Motion to Dismiss is granted with leave to amend; defendant Tilton's Motion to Dismiss is granted without leave to amend.

Petitioner shall file and serve proof of service as to defendants Lanok and Johnson by January 10, 2011. The court sets an OSC re Service for that date. As to defendant Haws, the Amended Complaint should be filed and served by January 10, 2011.

DATED: December 1, 2010

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE