JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK BENJAMIN,<br><br>　　　　Plaintiff,<br>　　vs.<br>F.B. HAWS, Warden, et al.,<br>　　　　Defendants. | Case No. CV 09-2046-VBF (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:　　6-12-11

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1